TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $83,462.00 IN U.S. CURRENCY, $153,848.00 IN U.S. CURRENCY, $10,100.00 IN U.S. CURRENCY AND $244,236.00 IN U.S. CURRENCY | Case No. 2:21-CM-00109 STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |

        It is hereby stipulated by and between the United States of

America ("United States" or "the government"), on the one hand,

and claimants Linh Truong, Sam Tran and Kelly Lu (collectively,

the "claimants"), on the other hand, by and through their

respective attorneys, as follows:

        1.    Pursuant to the claims that the United States alleges

were received by the Drug Enforcement Administration (the "DEA")

on February 10, 2021, claimant Linh Truong filed a claim in the

DEA administrative forfeiture proceedings to $83,462.00 in U.S. Currency (United States Asset Identification Number 20-DEA-669297) and $153,848.00 in U.S. Currency (United States Asset Identification Number 20-DEA-669304), Sam Tran filed a claim in the DEA administrative forfeiture proceedings to $10,100.00 in U.S. Currency (United States Asset Identification Number 20-DEA-669305) and Kelly Lu filed a claim in the DEA administrative forfeiture proceedings to $244,236.00 in U.S. Currency (United States Asset Identification Number 20-DEA-669306)  The $83,462.00 in U.S. Currency, $153,848.00 in U.S. Currency, $10,100.00 in U.S. Currency and $244,236.00 in U.S. Currency are hereinafter referred to collectively as the "property."

2.   It is the United States' position that the DEA sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants have filed claims to the property as required by law in the administrative forfeiture proceedings.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be May 11, 2021, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 12, 2021 the time in which

the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture, so that the government can investigate this matter and determine whether this matter can be settled without the government having to initiate a civil judicial forfeiture action.

5.    Claimants knowingly, intelligently, and voluntarily give up any right claimants may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture by July 12, 2021 and any right claimants may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

6.    The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  against the property alleging that the property is subject to

2  forfeiture shall be extended to July 12, 2021.

3  SO STIPULATED.

4  DATED: April 26, 2021            TRACY L. WILKISON
                                    Acting United States Attorney
5                                   BRANDON D. FOX
                                    Assistant United States Attorney
6                                   Chief, Criminal Division
                                    STEVEN R. WELK
7                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
8

9                                   _____
                                    VICTOR A. RODGERS
10                                  Assistant United States Attorney

11                                  Attorneys for
                                    United States of America
12

13  DATED: April 23, 2021           DO PHU & ANH TUAN, PLC
                                    A Professional Law Corporation
14

15

16                                  Phu Do Nguyen
                                    _____
                                    PHU DO NGUYEN
17                                  BRIAN MAI

18                                  Attorneys for Claimants
                                    LINH TRUONG, SAM TRAN and KELLY LU
19

20

21

22

23

24

25

26

27

28

4

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **April 26, 2021**, I served a copy of **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   Phu Do Nguyen, Esq.**
**Brian Mai, Esq.**
**DO PHU & ANH TUAN, PLC**
**A Professional Law Corporation**
**10531 Garden Grove Boulevard**
**Garden Grove, CA 92843**

**Attorneys for Claimants**
**Linh Truong, Sam Tran and Kelly Lu**

**X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **April 26, 2021** at Los Angeles, California.

/s/ *Deena Bowman*
**DEENA BOWMAN**
Paralegal, FSA

5